NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CLARENCE B. REESE,**
*Plaintiff-Appellant*

**v.**

**FLORIDA DEPARTMENT OF CORRECTIONS,**
**Ricky D. Dixon, Secretary Florida Department of Corrections,**
*Defendant-Appellee*

———————————

2023-1747

———————————

Appeal from the United States District Court for the Southern District of Florida in No. 2:22-cv-14304-DMM, Judge Donald M. Middlebrooks.

———————————

PER CURIAM.

## O R D E R

Upon consideration of the parties' responses to the court's June 21, 2023, order, agreeing that this appeal from the district court's denial of, *inter alia*, a petition for a writ of habeas corpus should be transferred to the United States Court of Appeals for the Eleventh Circuit,

2                REESE v. FLORIDA DEPARTMENT OF CORRECTIONS

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, this case and all filings are transferred to the United States Court of Appeals for the Eleventh Circuit.

FOR THE COURT

October 4, 2023                          /s/ Jarrett B. Perlow
        Date                             Jarrett B. Perlow
                                         Clerk of Court